UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 17-13886 |
| | ) | |
| CENTRAL GROCERS, INC., | ) | Chapter: 7 |
| | ) | |
| | ) | Honorable Pamela S. Hollis |
| | ) | |
| Debtor(s) | ) | |

## ORDER DETERMINING VENUE OF BANKRUPTCY CASES

THIS CAUSE coming to be heard on: (a) the Motion of Central Grocers, Inc. for Dismissal of the Involuntary Proceeding or, in the Alternative, to Transfer Venue to the United States Bankruptcy Court for the District of Delaware (ECF No. 27, the "Debtor Motion"); and (b) the Motion to Determine Venue of Bankruptcy Cases of Affiliated Companies and to Order Parties Not to Proceed Pending Such Determination (ECF No. 45, the "Midwest Pension Fund Motion," and collectively with the Debtor Motion, the "Venue Motions"); the Court having reviewed the Venue Motions and considered the statements of the parties and all evidence admitted at the combined evidentiary hearing on the Venue Motions held on June 7, 2017 (the "Combined Hearing"); the Court having found, for the reasons set forth on the record at the Combined Hearing, that the relief granted herein is warranted pursuant to section 1412 of title 28 of the United States Code and Federal Rule of Bankruptcy Procedure 1014; it appearing that notice of the Venue Motions was good and sufficient under the circumstances in light of the provisions of Federal Rule of Bankruptcy Procedure 1014, and that no other or further notice need be given; and the Court having jurisdiction over the parties and the subject matter of the Venue Motions;

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

1. The Debtor Motion is denied;

2. The Midwest Pension Fund Motion is granted as provided herein;

3. Venue of the following chapter 11 bankruptcy cases (the "Transferred Cases") is hereby determined to be the U.S. Bankruptcy Court for the Northern District of Illinois:
(i)    In re CGI Joliet, LLC, Bankr. D. Del. No. 17-10992-LSS;
(ii)   In re Central Grocers, Inc., Bankr. D. Del No. 17-10993-LSS;
(iii)  In re Currency Express, Inc., Bankr. D. Del. No. 17-10994-LSS;
(iv)   In re Raceway Central LLC, Bankr. D. Del. No. 17-10995-LSS;
(v)    In re Raceway Central Calumet Park LLC, Bankr. D. Del. No. 17-10996-LSS;
(vi)   In re Raceway Central Chicago Heights LLC, Bankr. D. Del. No. 17-10997-LSS;
(vii)  In re Raceway Central Downers Grove LLC, Bankr. D. Del. No.17-10998-LSS;
(viii) In re Raceway Central Joliet North LLC, Bankr. D. Del. No. 17-10999-LSS;
(ix)   In re Raceway Central LLC North Valpo, Bankr. D. Del. No. 17-11000-LSS;
(x)    In re Raceway Central Wheaton LLC, Bankr. D. Del. No. 17-11001-LSS;
(xi)   In re Strack and Van Til Super Market, Inc., Bankr. D. Del. No. 17-11002-LSS; and
(xii)  In re SVT, LLC, Bankr. D. Del. No. 17-11003.

4. The voluntary chapter 11 bankruptcy case of Central Grocers, Inc., pending in the United States Bankruptcy Court for the District of Delaware as Case No. 17-10993-LSS (the "Delaware CGI Case"), being transferred under paragraph 3(ii) if this Order, is hereby consolidated into the involuntary chapter 7 bankruptcy case of the same debtor, pending before this Court as Case No. 17-13886 (the "Illinois CGI Case"), and will henceforth proceed as a case under chapter 11 which shall be deemed to have commenced on the date of the filing of the involuntary case on May 2, 2017 and shall proceed with the caption and case number of the Illinois CGI Case.

5. All orders entered in the Transferred Cases in the United States Bankruptcy Court for the District of Delaware (the "Delaware Court") shall remain in full force and effect and shall be deemed to be entered in the Transferred Cases in this Court.

6. The commencement date for the remaining Transferred Cases shall remain May 4, 2017.

7. Until otherwise ordered, the Court will hold omnibus hearings in the Transferred Cases and the Illinois CGI Case every Tuesday at 10:00 a.m., beginning on Tuesday, June 20, 2017 (each an "Omnibus Hearing Date"). All future hearings in the Transferred Cases or the Illinois CGI Case shall be scheduled for an Omnibus Hearing Date absent leave of Court.

8. The Clerk of the Delaware Court is directed to transfer the Transferred Cases to this Court in accordance with Local Bankruptcy Rule 1014-1 of the Delaware Court, and all proceedings pending in the Transferred Cases as of the date the Transferred Cases are docketed in this Court shall be re-noticed for hearing before this Court, or as applicable re-scheduling, on the initial Omnibus Hearing Date of Tuesday, June 20, 2017, at 10:00 a.m.

Enter: /s/ Pamela S. Hollis

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: JUN - 8 2017

**Prepared by:**
Howard L. Adelman, Esq. (ARDC # 0015458)
Alexander F. Brougham, Esq. (ARDC #6301515)
Nicholas R. Dwayne, Esq. (ARDC #6308927)
ADELMAN & GETTLEMAN, LTD.
53 West Jackson Blvd., Suite 1050
Chicago, Illinois 60604
Tel (312) 435-1050
Fax (312) 435-1059
Counsel for the United Food and Comercial Workers
Unions and Employers Midwest Pension Fund